IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | NO. 4:13-CV-241-A |
| | § | (NO. 4:05-CR-056-A(1)) |
| THUAN M. PHAM | § | |

## FINAL JUDGMENT

Consistent with the order signed by the court on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that the motion of Thuan M. Pham to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 be, and is hereby, dismissed.

SIGNED March 25, 2013.

_____
JOHN McBRYDE
United States District Judge